**Order issued April 23, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-10-00807-CV

_____

**KAAREN CAMBIO AND CALIFORNIA PIPE RECYCLING, INC.,**
**Appellants**

**V.**

**JOE BRIERS, SOUTHWEST PIPE SERVICES, INC. AND S.W. PIPE**
**HOLDINGS, INC., Appellees**

On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Case No. 41731

## MEMORANDUM ORDER

Appellant Kaaren Cambio filed a motion to dismiss her appeal. No opinion has issued and no party has filed a response to the motion. *See* TEX. R. APP. P. 10.1(b), 10.3. Accordingly, we grant the motion and dismiss Cambio's appeal. *See*

TEX. R. APP. P. 42.1(a)(1). The appeal by California Pipe Recycling, Inc. remains pending. This interlocutory order will become final when a final judgment is issued in this cause number.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.